SCPW-13-0001141

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent,

vs.

CHRIS SLAVICK, Petitioner.

---

ORIGINAL PROCEEDING
(Cr. No. 04-1-001534)

ORDER DENYING WITHOUT PREJUDICE MOTION FOR HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's "Motion for Habeas Corpus 660-7", which was filed on May 29, 2013, and the record, it appears that petitioner has alternative means to seek habeas corpus relief and presents no special reason for invoking the supreme court's original jurisdiction. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the motion for habeas corpus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the motion for habeas corpus is denied without prejudice.

DATED:  Honolulu, Hawai'i, June 12, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2